# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| JOANNE BERLANGA, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| V. | § | CASE NO. 4:14CV269 |
| | § | Judge Mazzant/Judge Bush |
| COMMISSIONER OF SOCIAL | § | |
| SECURITY ADMINISTRATION, | § | |
| | § | |
| Defendant | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On June 1, 2015, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant's Motion to Reverse with Remand and Enter Judgment (Dkt. #15) be GRANTED and that a final judgment be entered.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendant's Motion to Reverse with Remand and Enter Judgment (Dkt. #15) is GRANTED and a final judgment shall be entered.

**It is SO ORDERED.**

SIGNED this 14th day of July, 2015.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE